LEXINGTON INSURANCE
COMPANY, Plaintiff–
Appellee

v.

Robert G. HARVEY, Sr.; W. Patrick
Klotz, Defendants–Appellants

v.

Whitney National Bank; Gulf Coast
Bank & Trust Company,
Defendants–Appellees

Eagle and Majestic Finance
Companies, Intervenor–
Appellee.

No. 08–31084
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 20, 2009.

Albert Kirk Gasperecz, Adams & Reese,
New Orleans, LA, for Plaintiff–Appellee.

Robert G. Harvey, Sr., pro se.

Before JOLLY, BENAVIDES, and
HAYNES, Circuit Judges.

PER CURIAM: *

The Appellants, Robert G. Harvey and
W. Patrick Klotz, Louisiana attorneys, rep-
resented the plaintiffs in a personal injury
action. They appeal the district court's
ruling that they are not entitled to claim
the statutory privilege for professional fees
granted under La. R.S. 9:5001 and 37:218
for their guarantees of loans made to their
clients by two finance companies. We
have reviewed the record and the briefs,
and we hold that the district court did not
commit any reversible error. *See Security
First Nat'l Bank v. Brunson (Matter of
Coutee)*, 984 F.2d 138, 142 (5th Cir.1993)
("There is nothing in the Louisiana statute
... to indicate that the attorney privilege
applies to an obligation guaranteed by an
attorney, as opposed to one owed to him.
To the contrary, because this statute cre-
ates a privilege or lien in derogation of
common rights, it should be strictly con-
strued and may not be extended by analo-
gy or implication.").

The Appellants' contention that Lexing-
ton should be penalized for distributing the

---

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

settlement proceeds without their consent is meritless' because Lexington deposited the proceeds into the court registry after filing the interpleader action in district court. Furthermore, their claim for penalties is barred by *res judicata.*

The judgment of the district court is AFFIRMED.

